Certificate Number: 17572-OHN-DE-031167718

Bankruptcy Case Number: 18-12708


17572-OHN-DE-031167718

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 11, 2018, at 7:42 o'clock PM PDT, Mark A Hale completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date: June 11, 2018

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor